1
2
3
4
5
6
7

O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   Case No.: SA13-556M
12 |                     Plaintiff,      )
                                          )   ORDER OF DETENTION AFTER
13 |              vs.                    )   HEARING
                                          )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14 | Pham, Giang Dinh                    )   § 3143(a)]
                                          )
15 |                     Defendant.      )

16

17        The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the ___P. Hawaii___,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.   [X] The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on _backgrd cmty ties_
27       _unverified; bail resources unknown; ongoing_
28       _substance abuse problem; conduct in violating_

1  conditions of ~~release~~ supervision evidences to Court he
2  cannot be relied upon to comply with conditions of release;
3  assoc. w/multiple personal identifiers and/or

4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on extensive criminal history record, incl
8  underlying conv for a narcotics trafficking
9  offense also involving methamphetamine (current
10 drug he is abusing); parole violation history

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 12/26/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2