

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: December 27, 2013

**Forward to the assigned District Judge**

From: Magistrate Judge Robert N. Block

Re: **Contribution to Expense of Appointed Counsel**

Case No. SA 13-556 M

USA v. Giang Dinh Pham

    After reviewing the Affidavit of Financial Status in this case, it is my opinion that the defendant is on the borderline of financial inability to pay. An order of contribution towards his defense may be in order.

    The defendant was advised that the appointment of counsel was made subject to an order for contribution at the discretion of the judge to whom this case would be assigned.